NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARVIN L. BRIGHT,                        )
                                         )
          Appellant,                     )
                                         )
v.                                       )     Case No. 2D18-3640
                                         )
ST. PETERSBURG COLLEGE BOARD             )
OF TRUSTEES,                             )
                                         )
          Appellee.                      )
_____     )

Opinion filed April 24, 2019.

Appeal from the St. Petersburg College
Board of Trustees.

Marvin L. Bright, pro se.

Mark E. Levitt of Allen, Norton & Blue, P.A.,
Winter Park, for Appellee.

PER CURIAM.

          Affirmed.

VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.